FILED
NOV 17 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JAVIER SARAGOSA-JIMENEZ,<br><br>Defendant. | Case No. 10cr2699-GT<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for November 18, 2010, at 9:0 a.m. be continued until December 2, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 11-17-10

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE